# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                             **CRIMINAL NO. 14-CR-30173-DRH**

vs.

**TIMOTHY EDWARDS,**

      **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On March 22, 2017, this court entered an order for forfeiture against defendant Timothy Edwards for the following property which had been seized from the defendant:

> **$72,500.00 in United States currency in lieu of real property located at 1001 State**
> **Route 177, New Baden, Clinton County, Illinois.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 24, 2017, and ending April 22, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear

title to the above-described property that is the subject of the Order of Forfeiture filed on March 22, 2017, namely:

> **$72,500.00 in United States currency in lieu of real property located at 1001 State Route 177, New Baden, Clinton County, Illinois.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

**Signed this 6th day of July, 2017.**

*Digitally signed by Judge David R. Herndon*
*Date: 2017.07.06 12:11:55 -05'00'*

_____
**DAVID R. HERNDON**
**United States District Court Judge**